GRANT GUTHRIE ET UX. V. HAMILTON LOAN & TRUST COMPANY.

FILED SEPTEMBER 17, 1895. NO. 6261.

Usury. The facts in this case are substantially the same as those in *Upton v. O'Donahue*, 32 Neb., 565, and *Pierce v. Davey*, 43 Neb., 45. On the authority of those cases the decree of the district court in this action is affirmed.

ERROR from the district court of Sioux county. Tried below before BARTOW, J.

*Grant Guthrie*, for plaintiffs in error.

*Wharton & Baird* and *H. T. Conley*, contra.

RAGAN, C.

The facts in this case are substantially the same as those in *Upton v. O'Donahue*, 32 Neb., 565, and *Pierce v. Davey*, 43 Neb., 45. On the authority of those cases the decree of the district court in this action is

AFFIRMED.